United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11187-pmm |
| Ronald W Conway, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 06, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald W Conway, Jr., 4809 BEECH DRIVE, Whitehall, PA 18052-1943 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Whitehall jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| LYNN E. FELDMAN | on behalf of Debtor Ronald W Conway  Jr. feldmanfiling@rcn.com, feldman.lynnb123770@notify.bestcase.com |
| REGINA COHEN | on behalf of Creditor Ford Motor Credit Company LLC rcohen@lavin-law.com  mmalone@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Jan 06, 2025     Form ID: pdf900     Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | ) | CHAPTER 13 |
|  | ) |  |
| IN RE | ) | CASE NO.: 24-11187-PMM |
|  | ) |  |
| RONALD W CONWAY, JR., | ) |  |
| Debtor | ) |  |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) |  |
| FORD MOTOR CREDIT COMPANY LLC, | ) |  |
| Movant | ) | **HEARING DATE:** |
| vs. | ) | Tuesday, January 07, 2025 |
|  | ) | 10:00 A.M. |
| RONALD W CONWAY, JR., | ) |  |
| Respondent(s) | ) |  |
| and | ) |  |
|  | ) |  |
| SCOTT F. WATERMAN | ) | **LOCATION:** |
| Trustee | ) | 201 Penn Street, Suite 103 |
|  | ) | Courtroom No. 4th Floor |
|  | ) | Reading, PA 19601 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2020 Ford F-150 Crew Cab XLT EcoBoost 4WD 3.5L V6 Turbo, V.I.N. 1FTEW1E40LFA67270) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Date: January 6, 2025**

*/Patricia M. Mayer/*
_____
Patricia M. Mayer
U.S. BANKRUPTCY JUDGE